# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL ACTION**

Nextel Communications of the Mid-Atlantic Inc., d/b/a Nextel Communications

V.

CASE NUMBER 05-11637-JLT

The City of Lawrence, Massachusetts, The Zoning Board of Appeals of the City of Lawrence, Massachusetts, and Francis A. Audey, Richard P. Consoli, Gayle Williams, Joseph F. Sirois, April Lyskowsky, Dan Clark and Kemal Bozkurt, in their capacities as Members of the City of Lawrence Zoning Board of Appeals

TO: (Name and Address of Defendant)

The Zoning Board of Appeals of
the City of Lawrence, Massachusetts
c/o City Clerk
City Hall
200 Common Street
Lawrence, MA

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON                                          AUG 0 5 2005

CLERK                                                              DATE

BY DEPUTY CLERK

# RETURN OF SERVICE

05-11637 JLT

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

August 24, 2005

I hereby certify and return that on 8/22/2005 at 10:00AM I served a true and attested copy of the summons in a civil action and complaint in this action in the following manner: To wit, by delivering in hand to William Maloney, city clerk, agent, person in charge at the time of service for THE ZONING BOARD OF APPEALS OF THE CITY, City Hall 200 Common Street c/o City Clerk Lawrence MA 01840 . Basic Service Fee ($30.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $36.00

then

*/s/ Robert A. Andrew/*

Deputy Sheriff  Robert A. Andrew                                             Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____           _____
                      Date                                                Signature of Server

                                                                          _____
                                                                          Address of Server

---

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.