# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL ACTION**

Nextel Communications of the Mid-Atlantic Inc., d/b/a
Nextel Communications

V.

CASE NUMBER: 05 11637 JLT

The City of Lawrence, Massachusetts, The
Zoning Board of Appeals of the City of Lawrence,
Massachusetts, and Francis A. Audey, Richard P.
Consoli, Gayle Williams, Joseph F. Sirois, April
Lyskowsky, Dan Clark and Kemal Bozkurt, in their
capacities as Members of the City of Lawrence Zoning
Board of Appeals

TO: (Name and Address of Defendant)

April Lyskowsky, as Member of the
Zoning Board of Appeals of the
City of Lawrence, Massachusetts
c/o City Clerk
City Hall
200 Common Street
Lawrence, MA

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON       AUG 05 2005
CLERK                   DATE

BY DEPUTY CLERK

**05 11637 JLT**

## RETURN OF SERVICE

Serv

NAME

Checi

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

August 24, 2005

I hereby certify and return that on 8/22/2005 at 10:00AM I served a true and attested copy of the summons in a civil action and complaint in this action in the following manner: To wit, by delivering in hand to William Maloney, city clerk, agent, person in charge at the time of service for APRIL LYSKOWSKY, Zoning Board of Appeals c/o City Clerk, City Hall, 200 Common Street, Member of the City of Lawrence, Lawrence MA 01840. Basic Service Fee ($30.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $36.00

Deputy Sheriff  Robert A. Andrew

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.