UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS :

               Plaintiff, :

  vs. : Civil Action No. 05-cv-11637-JLT

THE CITY OF LAWRENCE MASSACHUSETTS, THE ZONING BOARD OF APPEALS OF THE CITY OF LAWRENCE, MASSACHUSETTS, and, FRANCIS A. AUDEY, RICHARD P. CONSOLI, GAYLE WILLIAMS, JOSEPH F. SIROIS, APRIL LYSKOWSKY, DAN CLARK, and KEMAL BOZKURT in their capacities as Members of the City of Lawrence Zoning Board of Appeals :

              Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL

The undersigned counsel of record to all parties in this action hereby stipulate, pursuant to Federal Rule of Civil Procedure 41, that the above matter be dismissed, without costs or fees to any party.

                              Respectfully submitted,

                              **NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS**

                              By its attorneys,

**DEVINE, MILLIMET & BRANCH,<br>PROFESSIONAL ASSOCIATION**

Dated: March 17, 2006            By:      /s/ Steven E. Grill, Esquire
                                          Steven E. Grill, Esquire (admitted *pro hac vice*)
                                          111 Amherst Street
                                          Manchester, NH 03101
                                          (603) 669-1000
                                          e-mail: sgrill@devinemillimet.com

                                          -- and --

                                          **THE CITY OF LAWRENCE, et al.**

                                          By its Attorneys

Dated:  March 17, 2006           By:      /s/ Richard D'Agostino, Esquire
                                          Richard J. D'Agostino, Esquire (BBO # 633984)
                                          Assistant City Attorney
                                          City of Lawrence, MA
                                          200 Common Street
                                          Lawrence, MA 01840
                                          (978) 794-5800

**CERTIFICATE OF SERVICE**

I hereby certify that Richard J. D'Agostino, Esquire has expressly agreed to the form and substance of the document, and that I have the actual authority to submit the document electronically. A copy of the foregoing was forwarded on this 17th day of March 2006, via United States First Class mail, to Richard J. D'Agostino, Esquire, 200 Common Street, Lawrence, Massachusetts 01840.

Dated: March 17, 2006                           /s/ Steven E. Grill, Esquire
                                                Steven E. Grill

J:\wdox\docs\clients\10339\73517\M0833828.DOC